UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA CLEMSON | § § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-01309-S |
| THE CBE GROUP INC | § § § | |

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to Federal Rules of Civil Procedure 16(a) and 26(f), the Court hereby sets this case for a scheduling conference hearing on *Tuesday, August 14, 2018 at 11:30 a.m.*, at the United States District Court, 1100 Commerce Street, Courtroom 1632, Dallas, Texas 75242. Lead counsel for each party (or alternatively, counsel with authority to bind their respective clients and lead counsel), and all unrepresented parties, shall be present. The parties are directed to confer as soon as practicable and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f).

To the extent the parties herein have not arranged a scheduling conference with the Court or submitted their report, as required under Rule 26(f), the Court finds good cause to issue the scheduling order as soon as practicable after the hearing.

**SO ORDERED.**

SIGNED July 25, 2018.

*/s/ Karen Gren Scholer*
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE