UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICIA CLEMENSON,<br><br>Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC.,<br><br>Defendant. | Case No. 3:18-cv-01309-S |

## ORDER ON PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEYS

Counsel for Plaintiff, Joseph S. Davidson and Mohammed O. Badwan of Sulaiman Law Group, Ltd. and Jason M. Katz of Hiersche Hayward Drakeley & Urbach P.C., having filed with this Court their Motion to Withdraw and the Court having reviewed same, hereby ORDERED:

Plaintiff's counsel, Joseph S. Davidson, Mohammed O. Badwan, and Jason M. Katz are granted leave to withdraw as counsel for Patricia Clemenson.

Dated: January 10, 2019

/s/ _____
Judge, U.S. District Court