IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA CLEMENSON, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-1309-S |
| THE CBE GROUP, INC., | § § § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b).

SIGNED this 5th day of March, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE